October 9, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-25-00003-CV

LONE STAR NGL PRODUCT SERVICES LLC, (IN ITS OWN CAPACITY AND AS ASSIGNEE), Plaintiff/Joint Petitioner

V.

EAGLECLAW MIDSTREAM VENTURES LLC AND CR PERMIAN PROCESSING, LLC, Defendants/Joint Petitioner

Today, the Court heard the parties' joint motion to vacate and remand. Having considered the motion, we order the December 20, 2024, remand order of the Business Court below **VACATED** and **REMAND** the cause to the Business Court for further proceedings.

We further order this decision certified below for observance.

Judgment Rendered October 9, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.
Opinion delivered by Justice Field.